MASSEY & GAIL LLP
LEONARD A. GAIL
(admitted *pro hac vice*)
lgail@masseygail.com
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel: 312/283-1590; Fax: 312/379-0467

JONATHAN S. MASSEY
(admitted *pro hac vice*)
jmassey@masseygail.com
1325 G St., N.W., Suite 500
Washington, D.C. 20005
Tel.: 202/652-4511; Fax: 312/379-0467

PAMELA T. JOHANN (No. 145558)
pjohann@masseygail.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: 312/283-1590; Fax: 312/379-0467

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. KEEN, an individual; TAMRA E. KEEN, an individual; CURT CONYERS, an individual; KELLY E. CONYERS, an individual; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | No. 3:15-CV-1806-WHO <br><br> **STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 7-1(a)(5), 7-12, and 16-2, Defendant JPMorgan Chase Bank, N.A. ("Chase") and Plaintiffs Kevin J. Keen et al., by and through their respective counsel, hereby stipulate as follows:

1.     On July 2, 2015, this Court entered an order continuing the Case Management Conference in this matter to September 15, 2015.  This order was entered after a stipulated motion to continue the Case Management Conference in light of a pending Motion to Dismiss, which was set for hearing on August 5, 2015

2.     On July 14, 2015, Plaintiffs filed a First Amended Complaint.

3.     The parties are concurrently submitting a stipulation and proposed order to extend the time for Chase to answer or otherwise respond to the First Amended Complaint to August 28, 2015.

4.     Chase intends to file a Motion to Dismiss the First Amended Complaint, which will raise issues that are potentially dispositive of this matter, or, alternatively, that might limit or otherwise affect the legal and factual contours of this case. Counsel for Chase has conferred with counsel for Plaintiffs, and both parties agree that in the name of judicial efficiency and economy, it would be prudent to delay the Case Management Conference until after the motion is resolved.

4.     This stipulated request would not require any change to the ADR process or schedule. The parties have met and conferred regarding ADR process selection and agree that the case would not benefit from ADR at this time. The parties have submitted their ADR Certifications and Notice of Need for ADR Phone Conference.  No ADR Phone Conference has been scheduled, and the parties agree that any such ADR Phone Conference should be held after the Motion to Dismiss has been resolved in advance of the rescheduled Case Management Conference.

2

1      Accordingly, the parties hereby stipulate and jointly move this Court to continue the

2  Case Management Conference to November 10, 2015, or to such date as the Court deems

3  convenient following the resolution of the Motion to Dismiss.

4  Dated: July __20__, 2015              William McGrane, Esq.

5

6                                        _____

7                                        Attorney for Plaintiffs

8  Dated: July 20, 2015                  Leonard A. Gail, Esq.

9

10                                       /s/ Leonard A. Gail_____
                                         Attorney for Defendant

11

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15  Dated: __July 22, 2015__             _____

16                                       The Honorable William H. Orrick

17

18

19

20

21

22

23

24

25

26

27

28

                                         3